# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| County of Mohave, et al., | No. CV-22-08246-PCT-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| United States Bureau of Reclamation, et al., | |
| Defendants. | |

Pursuant to the parties' joint status report (Doc. 94),

**IT IS ORDERED** continuing the stay until further order of the Court.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report no later than May 17, 2024, providing an update on the discussions for stipulated relief concerning the water contracts.

Dated this 1st day of May, 2024.

Michael T. Liburdi
United States District Judge